Richard C. Norton, Esq. (Cal. Bar No. 135024)
NORTON MOORE & ADAMS, LLP
501 West Broadway, Suite 800
San Diego, California 92101
Telephone: (619) 233-8200
Facsimile: (619) 393-0461

Attorneys for Gerald H. Davis, Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>RAMPAGE88, INC.,<br><br>    Debtor. | CASE NO. 22-00128-LT7<br><br>**TRUSTEE'S "UPDATED" STATUS REPORT RE TITLE INSURANCE FOR SALE OF REAL PROPERTY SUBJECT TO OVERBID (3202 ELLIOTT STREET, SAN DIEGO, CALIFORNIA, 92106)**<br><br>Date:   December 8, 2022<br>Time:   10:00 a.m.<br>Dept:   Three (3)<br>Honorable Laura S. Taylor |

### UPDATED STATUS REPORT RE TITLE INSURANCE

The Trustee has filed two (2) stipulations with the court which set forth the terms of the Debtor's waiver of its objections to the payment of the EDD Lien, IRS Lien, and SEC Lien, from the proceeds arising from the sale of the subject real property. (ECF Nos. 76 and 77.)

The Trustee submits this Updated Status Report to inform the court that Ticor Title has not stated its position as to whether the stipulations are satisfactory to issue title insurance on the transaction, or whether there will be additional conditions that will need to be satisfied as a condition to the issuance of title insurance.

1    Accordingly, the Trustee is hopeful that the sale of the real property to the highest bidder will go forward as scheduled with escrow to close upon the satisfaction of any conditions to the issuance of title insurance requested by Ticor Title.

                                            NORTON MOORE & ADAMS
                                            A Limited Liability Partnership

                                            */s/ Richard C. Norton*
Dated: December 7, 2022                By:_____
                                            Richard C. Norton,
                                            Attorneys for Gerald H. Davis, Chapter 7
                                            Trustee for the bankruptcy estate of
                                            Rampage88, Inc.

CSD 3010 [07/01/18]
Name, Address, Telephone No. & I.D. No.

Richard C. Norton, Esq. (Cal. Bar No. 135024)
NORTON MOORE & ADAMS, LLP
501 West Broadway, Suite 800
San Diego, California 92101
Telephone: (619) 233-8200
Facsimile: (619) 393-0461
Attorneys for  Gerald H. Davis, Chapter 7 Trustee

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re

RAMPAGE88, INC.

Debtor.

BANKRUPTCY NO. 22-00128-LT7

Plaintiff(s)

ADVERSARY NO.

v.

Defendant(s)

# PROOF OF SERVICE

I, __Betsy Medina__ am a resident of the State of California, over the age of 18 years, and not a party to this action.

On __December 7, 2022__, I served the following documents:

TRUSTEE'S "UPDATED" STATUS REPORT RE TITLE INSURANCE FOR SALE OF REAL PROPERTY SUBJECT TO OVERBID (3202 ELLIOTT STREET, SAN DIEGO, CALIFORNIA, 92106)

1. **To Be Served by the Court via Notice of Electronic Filing ("NEF")**:

Under controlling Local Bankruptcy Rules(s) ("LBR"), the document(s) listed above will be served by the court via NEF and hyperlink to the document. On __12/7/22__, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address(es) indicated and/or as checked below:

R. Creig Greaves, Esq. <creig@stopdebtlegal.sdcoxmail.com >
James F. Lewin, Esq. <james.lewin@mtglawfirm.com, jimlewin7@gmail.com; susan.ramirez@mtglawfirm.com; renee.parker@mtglawfirm.com
Eric A. Mitnick, Esq. <MitnickLaw@gmail.com>

☒ Chapter 7 Trustee: Gerald H. Davis < ghd@trusteedavis.com, ghd@trustesolutions.net >

| ☒ For Chpt. 7, 11, & 12 cases: | ☐ For ODD numbered Chapter 13 cases: | ☐ For EVEN numbered Chapter 13 cases: |
|---|---|---|
| UNITED STATES TRUSTEE<br>ustp.region15@usdoj.gov | THOMAS H. BILLINGSLEA, JR., TRUSTEE<br>Billingslea@thb.coxatwork.com | DAVID L. SKELTON, TRUSTEE<br>admin@ch13.sdcoxmail.com<br>dskelton13@ecf.epiqsystems.com |

CSD 3010

CSD 3010 [07/01/18] (Page 2)

2. **Served by United States Mail**:

On _____ , I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing accurate copies in a sealed envelope in the United States Mail via 1) first class, postage prepaid or 2) certified mail with receipt number, addressed as follows:

3. **Served by Personal Delivery, Facsimile Transmission, Overnight Delivery, or Electronic Mail**:

Under Fed.R.Civ.P.5 and controlling LBR, on _____ , I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission, by overnight delivery and/or electronic mail as follows:

I declare under penalty of perjury under the laws of the United States of America that the statements made in this proof of service are true and correct.

Executed on   12/7/22                              Betsy Medina   /s/ Betsy Medina
              (Date)                               (Typed Name and Signature)

                                                   501 West Broadway, Suite 800
                                                   (Address)

                                                   San Diego, CA 92101
                                                   (City, State, ZIP Code)

CSD 3010